1. ☐ LAW ENFORCEMENT SHORT FORM REPORT
2. ☐ DRIVER REPORT OF TRAFFIC CRASH
3. ☒ DRIVER EXCHANGE OF INFORMATION

DO NOT WRITE IN THIS SPACE

**Time & Location**
- DATE OF CRASH: 4/9/03
- TIME OF CRASH: 3:19 PM
- TIME OFFICER NOTIFIED: 3:31 PM
- TIME OFFICER ARRIVED: 3:39 PM
- INVEST. AGENCY REPORT NUMBER: 02-39-13359-1
- HSMV CRASH REPORT NUMBER: 01393948
- COUNTY/CITY CODE: 09-00
- Feet or 7 Miles NW of Pensacole
- COUNTY: Escambia
- NO. OF LANES: 2 UNDIVIDED
- ON STREET, ROAD OR HIGHWAY: U.S. Air 90 (201)
- AT INTERSECTION OF: W of 1000 ft SR 291 (Pine Forest Road)

**Section 1 — Vehicle / Driver / Pedestrian**
- YEAR: 01  MAKE: MERC  TYPE: 4 DOOR
- VEHICLE LICENSE TAG NO: HJ7967  STATE: FL  YEAR: 03
- VIN: 1MEFM53U11A605357
- Damage: Front X
- INSURANCE COMPANY: U.S.A.A.  00138 85 31C 7105 4 03865
- OWNER: same as Driver ☒
- DRIVER: Richard Neal Smith  ADDRESS: 3237 Tailship Ln  Pensacola FL 32526
- DRIVER'S LICENSE NUMBER: S530-754-36-128  STATE: FL  LIC TYPE: E
- DOB: 04/08/36  RACE/SEX: WM
- HOME PHONE: 458-5603
- VEHICLE REMOVED BY: 3 Driver

**Section 2 — Vehicle / Driver / Pedestrian**
- YEAR: 00  MAKE: SATURN  TYPE: 4 DOOR
- VEHICLE LICENSE TAG NO: CH2538  STATE: AL  YEAR: 03
- VIN: 1G8ZH5286Z1336 4R
- Damage: Rear X
- INSURANCE COMPANY: Alfa Mutual  A2143645
- OWNER: Lillian Frieson  P.O. Box 2614  Mobile AL 36652
- DRIVER: Lillian Sutter Lowe  ADDRESS: 109 S. Ships Street  Emerson AL
- DRIVER'S LICENSE NUMBER: 4111863  STATE: AL  LIC TYPE: D
- DOB: 09/06/51  RACE/SEX: BM
- HOME PHONE: 578-4617
- VEHICLE REMOVED BY: Owner  4
- PASSENGER: Lillian Frieson   P.O. Box 2614 Mobile AL 36652  (Check if related)

**Section 3** — (blank)

**Violator / Charge / Citation** — (handwritten, illegible)

PROPERTY DAMAGED — Other than vehicles: None

WITNESSES other than PASSENGERS: None

RANK AND SIGNATURE OF RESPONDING/INVESTIGATING OFFICER: (signed)
DEPARTMENT: ☒ FHP

HSMV 90006 (Rev. 11/98) S