| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DRIVER ACTION | 1 Phantom 2 Hit & Run 3 N/A | YEAR | MAKE | TYPE | USE | VEH. LICENSE NUMBER | STATE | VEHICLE IDENTIFICATION NUMBER |

Section 3 — Vehicle / Pedestrian

TRAILER OR TOWED VEHICLE INFORMATION — TRAILER TYPE

VEHICLE TRAVELLING  N S E W    ON    AT    Est MPH    Posted Speed    EST. VEHICLE DAMAGE    1. Disabling 2. Functional 3. No Damage    EST. TRAILER DAMAGE

MOTOR VEHICLE INSURANCE COMPANY (LIABILITY OR PIP)    POLICY NUMBER    VEHICLE REMOVED BY:    1. Tow Rotation List  3. Driver   2. Tow Owner's Request  4. Other

NAME OF VEHICLE OWNER (Check Box If Same As Driver)    CURRENT ADDRESS (Number and Street)    CITY AND STATE    ZIP CODE

NAME OF OWNER (Trailer or Towed Vehicle)    CURRENT ADDRESS (Number and Street)    CITY AND STATE    ZIP CODE

NAME OF MOTOR CARRIER (Commercial Vehicle Only)    CURRENT ADDRESS (Number and Street)    CITY, STATE AND ZIP CODE    US DOT or ICC MC IDENTIFICATION NUMBERS

NAME OF DRIVER (Take From Driver License) / PEDESTRIAN    CURRENT ADDRESS (Number and Street)    CITY, STATE & ZIP CODE    DATE OF BIRTH

DRIVER LICENSE NUMBER   STATE   DL TYPE   REQ. END.   ALC/DRUG TEST TYPE  1 Blood 3 Urine 5 None  2 Breath 4 Refused   RESULTS   ALC/DRUG   PHYS.DEF.   RES.   RACE   SEX   INJ.   S. EQUIP.   EJECT

HAZARDOUS MATERIALS BEING TRANSPORTED  1 Yes 2 No    PLACARDED  1 Yes 2 No    IF YES, INDICATE NAME OR 4 DIGIT NUMBER FROM DIAMOND OR BOX ON PLACARD, AND 1 DIGIT NUMBER FROM BOTTOM OF DIAMOND    WAS HAZARDOUS MATERIAL SPILLED?  1 Yes 2 No    RECOMMEND DRIVER RE-EXAM, IF YES EXPLAIN IN NARRATIVE    DRIVER'S PHONE NO.

#1 PROPERTY DAMAGED - OTHER THAN VEHICLES    EST. AMOUNT $    OWNER'S NAME    ADDRESS    CITY    STATE   ZIP

#2 PROPERTY DAMAGED - OTHER THAN VEHICLES    EST. AMOUNT $    OWNER'S NAME    ADDRESS    CITY    STATE   ZIP

CONTRIBUTING CAUSES - DRIVER / PEDESTRIAN: [1] 02  [2] 01

VEHICLE DEFECT: [1] 01  [2] 01

VEHICLE MOVEMENT: [1] 01  [2] 02

VEHICLE SPECIAL FUNCTIONS: [1] 1  [2] 1

POINT OF COLLISION: [1] 01  [2] 01

WORK AREA: [1] 01  [2] 01

LOCATION TYPE: 1

FIRST / SUBSEQUENT HARMFUL EVENT(S): [1] 01

ROAD SYSTEM IDENTIFIER: 02

LIGHTING CONDITION: 05

ROAD SURFACE CONDITION: 01

WEATHER: 01

ROAD SURFACE TYPE: 05

ROAD CONDITIONS AT TIME OF CRASH: 01

VISION OBSTRUCTED: 01

TRAFFIC CONTROL: 05

SITE LOCATION: 03

TRAFFICWAY CHARACTER: 01

TYPE SHOULDER: 02

Violator(s):

| SECTION # | NAME OF VIOLATOR | FL STATUTE NUMBER | CHARGE | CITATION NUMBER |
|---|---|---|---|---|
| 1 | Richard Smith | 316.1925 | Careless Driving | 5880BSN |
| | | | | |
| | | | | |
| | | | | |