**FLORIDA TRAFFIC CRASH REPORT NARRATIVE/DIAGRAM**
MAIL TO: DEPARTMENT OF HIGHWAY SAFETY & MOTOR VEHICLES, TRAFFIC CRASH RECORDS SECTION, NEIL KIRKMAN BUILDING, TALLAHASSEE, FL 32399-0500

DO NOT WRITE IN THIS SPACE

| TIME EMS NOTIFIED (FATALITIES ONLY) | TIME EMS ARRIVED (FATALITIES ONLY) | DATE OF CRASH | COUNTY / CITY CODE | INVEST. AGENCY REPORT NUMBER | HSMV CRASH REPORT NUMBER |
|---|---|---|---|---|---|
| AM PM | AM PM | 09/04/02 | 09-00 | 02-39-13353-09 | 7114 7966 |

(NARRATIVE)

Veh.#2 traveling east on U.S. Alt 90, stopped due to heavy traffic ahead. Veh.#1 traveling east, and approaching Veh.#2 from the rear, failed to stop before colliding with Veh.#2. Veh.#1's front struck Veh.#2's rear.

| SEC# | PASS# | PASSENGER'S NAME | CURRENT ADDRESS | CITY & STATE | ZIP CODE | DATE OF BIRTH | RACE | SEX | LOC | INJ | S. EQUIP. | EJECT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | Eloise Smith | 3537 Tallship Lane | Pensacola FL | 32516 | 03-15-47 | W | F | 3 | 2 | | 1 |
| 2 | 1 | Lillian Ericson | P.O. Box 3612 | Mobile AL | 36652 | 07-16-51 | B | F | 3 | 2 | | 1 |

| Violator(s) | SECTION # | NAME OF VIOLATOR | FL STATUTE NUMBER | CHARGE | CITATION NUMBER |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

| WITNESS NAME (1) | CURRENT ADDRESS | CITY & STATE | ZIP CODE | WITNESS NAME (2) | CURRENT ADDRESS | CITY & STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|
| None | | | | | | | |

FIRST AID GIVEN BY - NAME: Escambia EMS   1. Physician or Nurse 2. Paramedic or EMT 3. Police Officer 4. Certified 1st Aider 5. Other

INJURED TAKEN TO: 2 West Florida Hosp.   BY - NAME: Esc. Co. E.M.S.

WAS INVESTIGATION MADE AT SCENE? 1.YES 2.NO: 1   IF NO, THEN WHERE?   IS INVESTIGATION COMPLETE? 1.YES 2.NO: 1   IF NO, THEN WHY?   DATE OF REPORT: 09/04/02   PHOTOS TAKEN 1.YES 2.NO: 2   IF YES, BY WHOM? 1. INVESTIGATING AGENCY 2. OTHER

INVESTIGATOR - RANK & SIGNATURE: Tpr. M. J. Peters   ID/BADGE NUMBER: 0947-0851   DEPARTMENT:   FHP [X] SO [ ] PD [ ] OTHER [ ]

HSMV-90005 (Rev. 1/02)   Page 3 of 4

DIAGRAM


INDICATE NORTH WITH ARROW



U.S. Alt 90

Page 4 of 4