IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

RECEIVED
2006 FEB 10  P 3: 35

_ _ P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

PHILLIPPI S. LOWE, Pro Se,
    Plaintiffs,

vs.                                      CASE NO. 2:06CV133-mef

RICHARD N. SMITH,
ELOISE M. SMITH,
    Defendants.        **DEMAND**

**MOTION TO PROCEED IN FORMA PAUPERIS**

Come now Plaintiff Phillippi S. Lowe and propounds to the Honorable Middle District Court of Alabama motion to proceed in forma pauperis for this motion Plaintiff will show, on or about 1989-90 Plaintiff was falsely **(Police motivated by racism)** accused of a robbery he did not commit and after years of court battle, media abuse, lost career, church lost, no one wanted a Minister who had been convicted of armed robbery, subsequently the real robber were identified. Plaintiff was cleared, and before he could begin to rebuild his destroyed life with no money, reparation, or etc., **an old U.S. Navy Vietnam era acquired injury would surface**, resulting in approximately $40,000.00 medical uninsured emergency operation expense that left Plaintiff with partial use of one lung and complete dead nerves on right side, after partial recovery racism, stress, Plaintiff found ElecChem Space & Medical Technology Inc., co- found CFS film & Electronics Inc. and SEED Association. Plaintiff with education in electronic, borrowed money from friends to produce the movie Blue jays to finance ElecChem, CFS, SEED, and was in the process of producing this movie, had paid for web design, web site, and etc.,

writing scripts, screen plays, contract design, actors, and etc. plus conducting ongoing experiment for ElecChem space & medical Inc. exhausted saving account, checking account, and was in Pensacola Florida taking Mrs. Frieson, one our colleague, and president / founder of SEED association to a business meeting, awaiting the traffic light to change from red to green when we were struck in the rear by another automobile driven by Richard and Eloise Smith out on a drinking alcohol and driving spree, which left Plaintiff with one broke rib, three pinch nerves, whiplash, and unable to complete what was in progress that bring Plaintiff to this Honorable Middle District Court. My family home / land 109 South Shipp Street Evergreen Alabama that my Mother and Father bought and completely paid for, was illegally stole, and sold **(UNDER COLOR OF STATE LAW)** that I am in the process of recovering, which left me homeless and living with friends receiving approximately $800.00 monthly veteran disability.

I declare under penalty of perjury that the above information is true and correct.

Sincerely yours,

Phillippi S. Lowe