**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 6, 2006

# NOTICE OF FILE TRANSFER

William McCool, Clerk
United States District Court
Northern District of Florida
U. S. Federal Courthouse
111 N.. Adams St.
 Tallahassee, Florida  32301

In Re:   Phillippi S. Lowe vs. Richard N. Smith
         Civil Action: 2:06cv133-MEF

Enclosed is the entire case file along with a  certified copy of all docket entries.

Please acknowledge receipt by returning a copy of this letter.

                                        Sincerely,
                                        Debra P. Hackett, Clerk

                                        By:
                                                Deputy Clerk

Enclosures